# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Christina M. Peach**
                Plaintiff
  vs.                              CASE NUMBER: 5:12-CV-1850 (DEP)

**Commissioner of Social Security**
                Defendant

**Decision by Court.**   This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant's Motion for Judgment on the Pleadings is GRANTED, the Commissioner's determination that the plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act is AFFIRMED. Judgment is hereby entered in favor of the Commissioner of Social Security and the Complaint filed by Christina M. Peach is DISMISSED in its entirety.

All of the above pursuant to the order of the Honorable Judge David E. Peebles, dated the 6th day of November, 2013.

DATED: November 6, 2013

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk